IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERRY SMITH, ) | |
| Plaintiff ) | |
| v. ) | No. 3:04-cv-128 |
| BAYER CORPORATION LONG ) TERM DISABILITY PLAN and BAYER CORPORATION, ) | |
| Defendants ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on defendants' motion for judgment on the ERISA administrative record [Doc. 22] and plaintiff's motion for judgment on the record [Doc. 24]. The Honorable James H. Jarvis, United States District Judge, having rendered a memorandum opinion denying defendants' motion for judgment on the ERISA administrative record and granting plaintiff's motion for judgment on the record, it is ORDERED and ADJUDGED that plaintiff is AWARDED a judgment for his long-term disability (LTD) benefits, plus interest from the date on which the benefit payments ceased, as well as partial disability benefits beginning on May 5, 2004, with the cost of this action to be taxed against defendants.

DATED at Knoxville, Tennessee, this  31st  day of July, 2006.

                                               *s/ Patricia L. McNutt*
                                               CLERK OF COURT